JACKLYN ARMELIN

VERSUS

RAINBOW USA, INC., and
SAVOYE HOWARD

NUMBER 137507 DIV. B

16TH JUDICIAL DISTRICT COURT

PARISH OF IBERIA

STATE OF LOUISIANA

## PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes Petitioner, Jacklyn

Armelin, a person of the full age of majority who is domiciled in the Parish of Iberia, State

of Louisiana, who respectfully avers as follows:

**1.**

Made defendants herein are:

1.   **RAINBOW USA, INC,** a foreign corporation authorized to do and doing
     business in the Parish of Iberia, State of Louisiana, and at all times pertinent
     hereto, the employer of both your petitioner and her superior, the
     Defendant, Savoye Howard;

2.   **SAVOYE HOWARD,** a person of the full age of majority who is domiciled
     in the Parish of Iberia, State of Louisiana, and at all times pertinent hereto,
     the superior to the petitioner;

who are indebted to Petitioner, Jacklyn Armelin, for general, compensatory, and special

damages in a principal amount that is reasonable in the premises, together with legal

interest on the principal amount awarded from the date of judicial demand until paid

and for all costs of this proceeding, including any expert witness fees, for the following

reasons, to wit:

**2.**

Petitioner, Jacklyn Armelin (hereinafter referred to as "Armelin"), shows that in

June of 2020, she began working at Rainbow USA, Inc., store number 595, located at 931

S. Lewis St., New Iberia, LA 70560, within the jurisdiction of this Court. Defendant,

Rainbow USA, Inc.'s place of business. Ms. Armelin was employed as the First Assistant

Manager of the store shortly after beginning her employment for the Defendant, Ms.

Exhibit
A

Armelin was introduced to the Store Manager, Defendant, Savoye Howard (hereinafter referred to as "Howard").

### 3.

Petitioner shows that in late June or early July of 2020, Howard began insisting that Armelin drive her home after work shifts since Howard did not have a car. Howard used those car rides as an opportunity to make inappropriate, offensive, and sexual comments to Armelin. Examples of such comments include but are not limited to:

1) Inquiring into Ms. Armelin's personal sex life;

2) Questions regarding if Ms. Armelin has had sexual relations with women;

3) Inquiring if Ms. Armelin is interested in having sexual relations with women.

### 4.

Petitioner objected to the aforementioned topics of discussion to Howard, expressing the inappropriate nature of these conversations and that these inquiries made Ms. Armelin extremely uncomfortable. Despite Petitioner's objection, Howard responded stating, **"If you want to work here with me, you have to make me happy."** (*emphasis added*).

### 5.

Petitioner further shows that Howard's harassing behavior was not limited to car rides home from work, but frequently extended into the workplace. Howard routinely sent Ms. Armelin sexually explicit text messages and photos of herself with no invitation or prompting. While working together in the store Howard demanded Ms. Armelin to hand over her phone to afford Howard the opportunity to delete and send inappropriate texts to give off the appearance that Ms. Armelin was reciprocating and provoking these inappropriate advances. Again, when Ms. Armelin refused Howard's advances or expressed to Howard that these advances were inappropriate, harassing, and offensive Howard would respond to Ms. Armelin by stating, **"I am the store manager and I get**

**what I want."** (*emphasis added*).

### 6.

On or about August 15, 2020, Ms. Armelin again told Howard to stop engaging in this inappropriate and harassing conduct. Howard responded, **"If you complain against me, let's see if you'll still be here at the end of your 90 days' probation. I can guarantee you won't be."** (*emphasis added*). Subsequent to that conversation, Howard told Ms. Armelin to leave her shifts early, resulting in fewer hours worked, and lower income.

### 7.

Petitioner further shows that on September 4, 2020, she complained against Howard to Rainbow USA's Human Resources (HR) department. HR informed Ms. Armelin that an investigation would be conducted into the matter. To the Petitioner's knowledge and observations, no action or effort was ever pursued, or attempted to provide remedy to those conditions complained of herein by your Petitioner. Since receiving that notice from HR Ms. Armelin has not received an update, nor has she received information pertaining to her next shift. As such, Ms. Armelin can only conclude that she has been terminated in accordance with Howard's previous threats. This wrongful and retaliatory termination is in clear violation of the provisions of LSA-R.S. 23:967, and as such Defendant Rainbow USA, Inc., is liable to your Petitioner herein for general and compensatory damages.

### 8.

Defendants, Rainbow USA, Inc.'s and Savoye Howard committed the following non-exclusive list of acts amounting to sexual harassment, hostile work environment, quid pro quo, gender discrimination, intentional infliction of emotional distress, retaliation, carelessness, negligence, and wanton disregard for the safety and well-being of its employees, as is more particularly, but not exclusively described as follows:

a. Failing to remedy the hostile work environment;

b. Failing to properly investigate and act on the incidents and conditions

present that resulted in the ongoing hostile working environment, sexual harassment, and conduct leading up to your Petitioner's wrongful and retaliatory termination;

c.  Intentional infliction of emotional distress, by knowingly allowing the store manager, named Defendant Howard to harass and discriminate against your Petitioner;

d.  Wrongful retaliatory termination against your Petitioner for reporting the ongoing harassment and hostile working environment;

e.  Quid pro quo sexual harassment, by Howard in using her managerial position to seek sexual favors for extended hours, and higher income;

f.  Gender based discrimination;

g.  Quid pro quo sexual harassment;

h.  Intentional infliction of emotional distress;

i.  Other acts or omissions to be shown at trial.

**9.**

Plaintiff shows that as a direct and proximate cause of the Defendant's conduct she suffered damages as follows:

a.  Severe past, present, and future pain and suffering;

b.  Past, present, and future medical/psychological expenses;

c.  Mental Anguish and Inconvenience;

d.  Loss of enjoyment of life;

e.  Loss of income;

f.  Humiliation, stress, and anxiety;

g.  All other damages which are to be proven through discovery and/or trial.

**10.**

As a direct result of personal injuries sustained by Petitioner as a consequence of the accident made the subject of this proceeding, she has incurred and will continue to incur medical/psychological expenses which she is entitled to recover, including, but not limited to, diagnostic and treatment expenses, prescription medication charges,

rehabilitation and/or therapy charges, related travel expenses and/or any other related and necessary expenses.

11.

On September 16, 2020, through undersigned counsel, Petitioner notified Rainbow USA, Inc. of the discriminatory conduct in accordance with LSA-R.S. 23:303(C). More than thirty days have elapsed since, and as of this date, Petitioner has not received a response from Defendant, Rainbow USA, Inc. Rainbow USA, Inc. clearly has no intentions of making any good faith effort to remedy the discriminatory acts. Petitioner makes claim under all state laws applicable to such incidences and in particular LSA-R.S. 23:332 and LSA-R.S. 23:967.

WHEREFORE, Petitioner, **Jacklyn Armelin**, prays that Defendants, **Rainbow USA, Inc.,** and **Savoye Howard**, be served with this Petition for Damages and duly cited to appear and answer same, and following the expiration of all legal delays and after due proceedings had, there be judgment herein in favor of Petitioner, Jacklyn Armelin, and against Defendants, **Rainbow USA, Inc.,** and **Savoye Howard**, jointly, severally, and *in solido*, for general and special damages in a principal amount that is reasonable in the premises, together with legal interest on the principal amount awarded from the date of judicial demand, until paid, and for all costs and disbursements in bringing these causes.

Respectfully Submitted:

**BIANCA LAW FIRM**

By: _____
**DOMINICK M. BIANCA** (LA Bar #26802)
**FIELDING C. MATKINS** (LA Bar #39273)
8212 Summa Ave.
Baton Rouge, LA  70809
Telephone 225-925-2877
Facsimile 225-925-2875
rusty@biancalawfirm.com
fielding@biancalawfirm.com

-AND-

Eisenberg & Baum, L.L.P

By: _AYO R. ALSON-Moore_____
AYO R. ALSTON-MOORE (NY Bar# 5583018)
*(Application for Pro Hac Vice to be filed)*
ERIC BAUM (NY Bar# EB5493)
*(Application for Pro Hac Vice to be filed)*
24 Union Square East, Penthouse
New York, New York 10003
Telephone (212) 353-8700
Facsimile (212) 353-1708
AAlstonMoore@EandBLaw.com
EBaum@EandBLaw.com

SERVICE INFORMATION:

<u>Savoya Howard</u>
*At her place of employment,*
Rainbow Store
931 S. Lewis St.
New Iberia, LA 70560

and

<u>Rainbow USA, Inc.</u>
*Through its registered agent,*
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

FILED
FOR RECORD

MAY AM 10:50
DEPUTY CLERK OF COURT
PARISH OF IBERIA, LA



**BIANCA**
LAW FIRM
ATTORNEYS AT LAW

Dominick M. Bianca, LLC

Email: rusty@biancalawfirm.com

May 26, 2021

Clerk of Court                    VIA FED X
300 Iberia St., Suite 100
New Iberia, LA 70560

Re:   Jacklyn Armelin v. Rainbow USA, Inc. and Savoye Howard
      Docket # 137507 , 16th JDC

Dear Sir/Madam:

Please find attached a Petition for Damages in the above captioned matter.
Please file same.  Please return a file stamped copy to our office.

Also enclosed is our check in the amount of $500.00 for the filing and service fees.

Should you have any questions, please do not hesitate to contact.

Very truly yours,

CYNTHIA SANDERS
Paralegal

8212 Summa Ave. Baton Rouge, LA 70809 · Phone (225)925-2877 · Fax (225)925-2875

## CITATION

| | |
|---|---|
| JACKLYN ARMELIN | Case: 00137507 |
| | Division: B |
| VERSUS | State of Louisiana |
| | 16th Judicial District Court |
| RAINBOW USA, INC., ET AL | Parish of Iberia |

To:   **RAINBOW USA, INC.**
**THROUGH ITS REGISTERED AGENT,**
**CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

of **EAST BATON ROUGE** Parish

You are hereby summoned to comply with the demand contained in the **PETITION** of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 16th Judicial District Court in and for the Parish of Iberia, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT NEW IBERIA, LOUISIANA, THIS __3__ DAY OF _June 2021_

Clerk of Court
16th Judicial District Court
Parish of Iberia

_____
**Deputy Clerk of Court**

**Requested by:**
AYO R. ALSTON-MOORE

[FILE COPY]

# CITATION

| | |
|---|---|
| JACKLYN ARMELIN | Case: 00137507 |
| | Division: B |
| VERSUS | State of Louisiana |
| | 16th Judicial District Court |
| RAINBOW USA, INC., ET AL | Parish of Iberia |

To:   **SAVOYE HOWARD**
       **AT HER PLACE OF EMPLOYMENT,**
       **RAINBOW STORE**
       **931 S. LEWIS STREET**
       **NEW IBERIA, LA 70560**

of **IBERIA** Parish

You are hereby summoned to comply with the demand contained in the **PETITION** of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 16th Judicial District Court in and for the Parish of Iberia, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT NEW IBERIA, LOUISIANA, THIS _3_ DAY OF June 2021

Clerk of Court
16th Judicial District Court
Parish of Iberia

_____
**Deputy Clerk of Court**

Requested by:
AYO R. ALSTON-MOORE

[FILE COPY]

## IBERIA PARISH SHERIFF'S OFFICE
## NEW IBERIA, LA

Name _Savoye Howard_     Case No. _00137507_

**ADDRESS:**

- ☐ **Moved** to new address _____
- ☐ **Moved** – Address Unknown
- ☐ Post Office Box:  Need **Physical Address**
- ☐ **Not Known** at this address
- ☐ **Need:** Trailer Number – Lot Number – Apartment Number
- ☐ **No Such Address**
- ☐ This address **NOT** in our Parish:  address in _____ Parish

**OTHER:**

- ☐ **Avoiding Service**
- ☐ **Not** in **Jail**
- ☐ **Unable to Locate**
- ☐ **Unable to Serve**
- ☐ Numerous **Attempts** Made – No Response
- ☐ Need **Name of Person** to serve
- ☐ District Attorney **recalled**
- ☐ In the **Armed Forces/Military**
- ☐ **Hospitalized/Deceased**
- ☐ **Received too late** for service
- ☐ **Stop Service** per Clerk/Attorney
- ☒ No Longer **Employed** per employer

- ☐ **Comments** or other reasons for not serving:

_____

_____ / Attempt _____

_6-4-21 @ 2:43_       Joseph C. Noah III
**Date**           # 1611

                          **Deputy Sheriff**

## CITATION

| | |
|---|---|
| JACKLYN ARMELIN | **Case: 00137507**<br>**Division: B**<br>**State of Louisiana** |
| **VERSUS** | **16th Judicial District Court** |
| RAINBOW USA, INC., ET AL | **Parish of Iberia** |

To:   **SAVOYE HOWARD**
      **AT HER PLACE OF EMPLOYMENT,**
      **RAINBOW STORE**
      **931 S. LEWIS STREET**
      **NEW IBERIA, LA 70560**

of **IBERIA** Parish

You are hereby summoned to comply with the demand contained in the **PETITION** of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 16th Judicial District Court in and for the Parish of Iberia, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT NEW IBERIA, LOUISIANA, THIS __3__ DAY OF June 2021

Clerk of Court
16th Judicial District Court
Parish of Iberia

Deputy Clerk of Court

Requested by:
AYO R. ALSTON-MOORE

JUN 4 AM 8:56

RECEIVED:_____ IBERIA PARISH SHERIFF DEPT.
SERVED:_____
PERSONAL ( )_____
DOMICILIARY ( ) ON_____
          DEPUTY_____

[ORIGINAL]

# NOTICE OF SERVICE

| | |
|---|---|
| ARMELIN, JACKLYN | Case: 00137507 |
| | Division: B |
| VERSUS | State of Louisiana |
| | 16th Judicial District Court |
| RAINBOW USA, INC. - ET AL | Parish of Iberia |

To:  **DOMINICK BIANCA**
     **BIANCA LAW FIRM**
     **8212 SUMMA AVE**
     **BATON ROUGE, LA  70809**

Party **SAVOYE HOWARD AT HER PLACE OF EMPLOYMENT, RAINBOW STORE** was **NOT SERVED.**

Pleading: **PETITION**

Date of Service:

**RETURNED**

Reason:  NO LONGER EMPLOYED PER EMPLOYER

Issued by the Clerk of Court on June 11, 2021.

David Ditch
Clerk of Court
Iberia Parish
16th Judical District Court
P.O. Box 12010
New Iberia, LA  70560

[FILE COPY]

## CITATION

JACKLYN ARMELIN

**VERSUS**

RAINBOW USA, INC., ET AL

Case: 00137507
Division: B
State of Louisiana
16th Judicial District Court
Parish of Iberia

To: **RAINBOW USA, INC.**
**THROUGH ITS REGISTERED AGENT,**
**CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

of **EAST BATON ROUGE** Parish

You are hereby summoned to comply with the demand contained in the **PETITION** of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 16th Judicial District Court in and for the Parish of Iberia, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT NEW IBERIA, LOUISIANA, THIS
3 DAY OF June 2021

Clerk of Court
16th Judicial District Court
Parish of Iberia

*[signature]*

Deputy Clerk of Court

Requested by:
AYO R. ALSTON-MOORE

I made service on the named party through the
CT Corporation
JUN 10 2021
by tendering a copy of this document to
Ashley Minvielle
E. CUMMINS
Deputy Sheriff, EBRSO, Baton Rouge, Louisiana

**FILED**
PARISH OF IBERIA, LA
JUN 1 8 2021

*[signature]*
Deputy Clerk of Court

[ORIGINAL]

# NOTICE OF SERVICE

ARMELIN, JACKLYN

VERSUS

RAINBOW USA, INC. - ET AL

Case: 00137507
Division: B
State of Louisiana
16th Judicial District Court
Parish of Iberia

To:  **DOMINICK BIANCA**
**BIANCA LAW FIRM**
**8212 SUMMA AVE**
**BATON ROUGE, LA  70809**

Party **RAINBOW USA, INC. THRU ITS REGISTERED AGENT, CT CORPORATION SYSTEM** was **SERVED.**

Pleading: **PETITION**

Date of Service:  **Thursday, June 10, 2021**

**PERSONAL**          **THRU ASHLEY MINVIELLE**

Reason:

Issued by the Clerk of Court on June 21, 2021.

David Ditch
Clerk of Court
Iberia Parish
16th Judical District Court
P.O. Box 12010
New Iberia, LA  70560

[FILE COPY]

Jun. 24. 2021   2:52PM                                          No. 3585   P.  1

# FRILOT | LLC

ATTORNEYS AT LAW

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana   70163
Phone:      504.599.8000
Facsimile:  504.599.8100
www.frilot.com

# FAX FILING

**Date:**         June 24, 2021

**To:**           Clerk of Court                           **Fax No.:**      **(337) 365-0737**
                  22nd Judicial District Court,
                  Parish of Iberia

**Cc:**           Dominik Bianca                           **Via Certified Mail:**
                  Fielding Matkins                         **8212 Summa Ave.,**
                                                           **Baton Rouge, LA 70809**

**Re:**           *Armelin v. Rainbow USA, Inc. et al.*
                  Case No. 137507        Division B

**From:**         Victoria Graham
                  Labor & Employment Paralegal

**Total Pages:**  **3** , including cover sheet

**Comments:** Please find attached Defendant Rainbow USA, Inc.'s *Motion for Extension of Time to File Responsive Pleadings*. Once we receive your receipt for filing and service fees, we will forward the original documents along with payment of the associated court costs.

Thank you for your prompt attention to this matter.

If you did not receive all pages, or if you received this facsimile in error, or are not the designated recipient or agent thereof, please immediately call Victoria Graham at (504) 599-8094.

**Attention:**
The contents of this facsimile is confidential information, and may also be legally privileged, intended only for the use of the individual/individuals of the entity named above. If you are not the intended recipient or agent thereof, you are hereby notified that any use, review, dissemination, copying or distribution of this document or the information contained herein is strictly prohibited.

16th JUDICIAL DISTRICT COURT FOR THE PARISH OF IBERIA

STATE OF LOUISIANA

NO. 137507                                          DIVISION B

JACKLYN ARMELIN

VERSUS

RAINBOW USA, INC. and SAVOYE HOWARD

FILED: _____        _____
                                           DEPUTY CLERK

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes Rainbow USA, Inc. ("Rainbow"), who, without waiving and expressly maintaining all of its exceptions, defenses, objections and arguments, respectfully moves for an extension of time until July 26, 2021, to file responsive pleadings to Plaintiff's Petition for Damages ("Petition").

This is Rainbow's first request for an extension of time to respond to Plaintiff's Petition. Counsel for Plaintiff has been contacted and does not oppose the requested extension.

Respectfully Submitted,

FRILOT L.L.C.

_____
LESLIE W. EHRET (Bar No. 18494)
ANNA K. POTTER (Bar No. 38376)
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
**Attorneys for Defendant, Rainbow USA, Inc.**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served upon all known counsel of record the Unopposed Motion for Extension of Time to File Responsive Pleadings, via United States mail, first class postage prepaid, and/or electronic transmission this 24th day of June, 2021.

_____
Leslie W. Ehret

FILED
PARISH OF IBERIA, LA

JUN 2 4 2021

_____
Deputy Clerk of Court

16th JUDICIAL DISTRICT COURT FOR THE PARISH OF IBERIA

STATE OF LOUISIANA

NO. 137507                                                    DIVISION B

JACKLYN ARMELIN

VERSUS

RAINBOW USA, INC. and SAVOYE HOWARD

FILED: _____          _____
                                                        DEPUTY CLERK

<u>ORDER</u>

    Considering the foregoing Unopposed Motion for Extension of time to File Responsive Pleadings ("Motion for Extension") filed by Defendant Rainbow USA, Inc. ("Defendant"),

    IT IS HEREBY ORDERED that Defendant's Motion for Extension is GRANTED and Defendant's Motion for Extension is hereby filed.

    St. Martinville, Louisiana, this _____ day of June, 2021.


                                  _____
                                  HONORABLE SUZANNE de MAHY, JUDGE

*Fax*
**FILED**
PARISH OF IBERIA, LA

JUN 2 4 2021

*Nancy Larson*
Deputy Clerk of Court

✶ ✶ ✶ Communication Result Report ( Jun. 24. 2021  3:10PM ) ✶ ✶ ✶

1)
2) IBERIA PAR CLK OF CT

Date/Time: Jun. 24. 2021  3:09PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7691 | Memory TX | 915045998100 | P. 1 | OK | |

---

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size

E. 2) Busy
E. 4) No facsimile connection
E. 6) Destination does not support IP-Fax

---

**FAX CONFIRMATION**

JACKLYN ARMELIN                                    Case: 00137307
                                                   Division: E
Versus                                             16ᵗʰ Judicial District
                                                   Court
RAINBOW USA, INC., ET AL                           Parish of Iberia
                                                   State of Louisiana

YOU ARE HEREBY INFORMED BY THIS FAX CONFIRMATION NOTICE THAT THE FOLLOWING HAS
BEEN FILED BY FACSIMILE

DATE FAX TRANSMISSION RECEIVED: JUNE 24, 2021

DESCRIPTION OF TRANSMISSION: MOTION AND ORDER FOR EXTENSION OF TIME

FILED ON BEHALF OF: RAINBOW

PERSON SIGNING PLEADING: LESLIE W. EHRET

This is to acknowledge that the above described facsimile transmission was received and filed on the date
shown above as per LA R.S. 13:850.

The original pleading is to be forwarded within seven (7) days, exclusive of legal holidays, of this confirmation
together with the $5.00 transmission fee; $15.00 fee for this confirmation; the correct filing fee to cover the cost
of filing the facsimile copy as well as the original pleading and any balance of costs due. When the original
pleading is received, the file mark will indicate the actual date it is received.

The record will contain the facsimile pleading, this confirmation and the original pleading.

NANCY LARSON
Deputy Clerk of Court

Confirmation faxed to number: 1-504-599-8100

Date confirmation faxed: JUNE 24, 2021

**\*\*\*Amount due: $60.00\*\*\***

**STATEMENT**

# Clerk of Court - Iberia Parish

**David Ditch**
**Clerk of Court**

16th Judicial District

P. O. Drawer 12010 - Zip: 70562-2010
300 Iberia Street, Ste. 100
New Iberia, LA  70560
Phone : (337) 365-7282

| Statement Date | Case Number | Amount Due |
|---|---|---|
| 06/30/2021 | 00137507  -  Division  B | $32.00 |

**Attorney Firm :**  FRILOT, L.L.C.
**Attorney Name :**  EHRET, LESLIE W.

**IN RE :**

ARMELIN, JACKLYN
VS.
RAINBOW USA, INC. AND HOWARD, SAVOYE

**Party :**  Defendant - RAINBOW USA, INC.

| Date | Description | Amount |
|---|---|---|
| 06/30/2021 | **Court costs to date in above entitled numbered matter** | $32.00 |
|  | **Refunds Paid** | $0.00 |
|  | **Advance Deposit** | $0.00 |
|  |  | $32.00 |

**THE IBERIA PARISH CLERK OF COURT'S OFFICE IS NOW ACCEPTING E-FILING.**

**FOR MORE INFORMATION, PLEASE SEE THE LINK ON OUR WEBSITE AT**
**IBERIACLERK.COM**

FRILOT, L.L.C.
1100 POYDRAS STREET, STE. 3700
NEW ORLEANS, LA  70163



Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

Leslie W. Ehret
Partner
504.599.8203 direct
504.599.8263 fax
lehret@frilot.com

Victoria N. Graham
Paralegal
504.599.8094 direct
504.599.8100 fax
vgraham@frilot.com

June 25, 2021

**Via FedEx, TRK No. 7741 0067 8464**
Clerk of Court
16th Judicial District Court
300 Iberia Street, Suite 100
New Iberia, LA 70560

     Re:    ***Armelin v. Rainbow USA, Inc. and Savoye Howard***
           16th Judicial District Court, Parish of Iberia, State of Louisiana
           Case No. 137507     Division B     Docket No. 2020-CA-0816

To Whom It May Concern:

     On behalf of Ms. Ehret and with regard to the above captioned matter, enclosed please find Rainbow USA, Inc.'s original Motion for Extension of Time to File Responsive Pleadings, three courtesy copies of the same, the fax filing receipt, and a check in the amount of $60.00 for the fax filing fee. Please return the original motion to us using the pre-addressed FedEx envelope also enclosed.

                            Sincerely,

                            Victoria N. Graham

vng
Enclosures

16th JUDICIAL DISTRICT COURT FOR THE PARISH OF IBERIA

STATE OF LOUISIANA

NO. 137507                                        DIVISION B

JACKLYN ARMELIN

VERSUS

RAINBOW USA, INC. and SAVOYE HOWARD

FILED: _____          _____
                                          **DEPUTY CLERK**

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes Rainbow USA, Inc. ("Rainbow"), who, without waiving and expressly maintaining all of its exceptions, defenses, objections and arguments, respectfully moves for an extension of time until July 26, 2021, to file responsive pleadings to Plaintiff's Petition for Damages ("Petition").

This is Rainbow's first request for an extension of time to respond to Plaintiff's Petition. Counsel for Plaintiff has been contacted and does not oppose the requested extension.

Respectfully Submitted,

**FRILOT L.L.C.**

**LESLIE W. EHRET (Bar No. 18494)**
**ANNA K. POTTER (Bar No. 38376)**
1100 Poydras Street, Suite 3700
New Orleans, LA  70163
Telephone: (504) 599-8000
Facsimile:  (504) 599-8100
**Attorneys for Defendant, Rainbow USA, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served upon all known counsel of record the Unopposed Motion for Extension of Time to File Responsive Pleadings, via United States mail, first class postage prepaid, and/or electronic transmission this 24th day of June, 2021.

Leslie W. Ehret

FILED
FOR RECORD

2021 JUN 28  AM 10: 51

PARISH OF IBERIA, LA

16th JUDICIAL DISTRICT COURT FOR THE PARISH OF IBERIA

STATE OF LOUISIANA

NO. 137507                                           DIVISION B

JACKLYN ARMELIN

VERSUS

RAINBOW USA, INC. and SAVOYE HOWARD

FILED: _____          _____
                                                   DEPUTY CLERK

ORDER

Considering the foregoing Unopposed Motion for Extension of time to File Responsive

Pleadings ("Motion for Extension") filed by Defendant Rainbow USA, Inc. ("Defendant"),

IT IS HEREBY ORDERED that Defendant's Motion for Extension is GRANTED and *to July 26, 2021*

Defendant's Motion for Extension is hereby filed.

New Iberia
~~St. Martinville~~, Louisiana, this **29** day of June, 2021.

_____
HONORABLE ~~SUZANNE de MAHY~~, JUDGE
Lew H. Pitman, Jr

I hereby certify that a copy
of this pleading was mailed to
*all counsel used*
on **7/1/21** .
*Carol Remonet*
Deputy Clerk of Court
Iberia Parish, La.

FILED
2021 JUN 28  AM 10: 51
IBERIA, LA



BIANCA
LAW FIRM
ATTORNEYS AT LAW

Dominick M. Bianca, LLC

Email: *rusty@biancalawfirm.com*

June 22, 2021

Clerk of Court
P.O. Box 12010
New Iberia, LA 70562

Re:   Jacklyn Armelin v. Rainbow USA, Inc. and Savoye Howard
      Docket #00137507, Div. B, 16th JDC

#137507

Dear Sir/Madam:

Please find attached a copy of a Petition for Damages in the above captioned matter.  Please issue a citation and have service effected on:

Saviye Monique Howard at 716 Mary St., New Iberia, LA 70560.

It is our understanding that there are funds available on the docket at this time. Should you have any questions, please do not hesitate to contact.

Very truly yours,

*Cynthia Sanders*

CYNTHIA SANDERS
Paralegal

FILED _June 28_ ,20 21

DEPUTY CLERK OF COURT
IBERIA PARISH, LA

8212 Summa Ave. Baton Rouge, LA 70809 · Phone (225)925-2877 · Fax (225)925-2875

## CITATION

| | |
|---|---|
| JACKLYN ARMELIN | Case: 00137507 |
| | Division: B |
| VERSUS | State of Louisiana |
| | 16th Judicial District Court |
| RAINBOW USA, INC., ET AL | Parish of Iberia |

To:  **SAVOYE HOWARD**
     **716 MARY STREET**
     **NEW IBERIA, LA 70560**

of **IBERIA**  Parish

You are hereby summoned to comply with the demand contained in the **PETITION** of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 16th Judicial District Court in and for the Parish of Iberia, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT NEW IBERIA, LOUISIANA, THIS
2 DAY OF July , 2021.

Clerk of Court
16th Judicial District Court
Parish of Iberia

_____
**Deputy Clerk of Court**

**Requested by:**
**BIANCA LAW FIRM**

[FILE COPY]