UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JACKLYN ARMELIN | CIVIL ACTION NO. 6:21-CV-01980 |
| VERSUS | JUDGE JUNEAU |
| RAINBOW U S A INC ET AL | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

Before this Court are motions for remand, to dismiss, and to amend, filed by the parties (Rec. Docs. 22, 25, 27). These motions were referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motion for remand filed by Plaintiff (Rec. Doc. 27) is **GRANTED.** Accordingly, the motion to dismiss filed by defendant Savoye Howard (Red. Doc. 22) is **MOOT**, as is the motion to amend filed by Plaintiff (Rec. Doc. 25, incorporated).

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 20th day of January, 2022.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE